1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AKIKA PARKER,                         No.  2:16-cv-2009 MCE DB PS

12              Plaintiff,

13        v.                               <u>FINDINGS AND RECOMMENDATIONS</u>

14   KAISER PERMANENTE,

15              Defendant.

16

17

18        By order filed December 19, 2016, plaintiff's complaint was dismissed and plaintiff was

19   granted leave to file an amended complaint that cured the defects noted in that order.  (ECF No.

20   5.)  Plaintiff was granted twenty-eight days from the date of that order to file an amended

21   complaint and was specifically cautioned that the failure to respond to the court's order in a

22   timely manner would result in a recommendation that this action be dismissed.  The twenty-eight

23   day period has expired, and plaintiff has not responded to the court's order in any manner.[1]

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

26   _____
     [1]  Although it appears from the docket that plaintiff's copy of the December 19, 2016 order was
27   returned as undeliverable, unable to forward, plaintiff was properly served.  It is the plaintiff's
     responsibility to keep the court apprised of plaintiff's current address at all times.  Pursuant to
28   Local Rule 182(f), service of documents at the record address of the party is fully effective.

                                             1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 12, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/parker2009.fta.f&rs

2